OPINION — AG — ** REGISTERED NURSES — LICENSE — REGISTRATION ** A REGISTERED NURSE OR LICENSED NURSING ATTENDANT WHO HAS BEEN INACTIVE AND WHO APPLIES FOR A RENEWAL OF HER REGISTRATION IS REQUIRED TO PAY ON THE CURRENT FEE OF TWO DOLLARS OR ONE DOLLAR, AS CASE MAY BE, AND IS 'NOT' REQUIRED TO PAY FEES FOR PRIOR YEARS WHEN SHE WAS INACTIVE. (REINSTATEMENT, FEE, STATE BOARD OF NURSE EXAMINERS) CITE: 59 O.S. 559 [59-559], 59 O.S. 560 [59-560] (J. H. JOHNSON)